Law Offices of Dimitri L. Karapelou, LLC
1600 Market Street, 25th Floor
Philadelphia, PA 19103
(p): (215) 391-4312
(f): (215) 391-4350
dkarapelou@karapeloulaw.com
Dimitri L. Karapelou, Esquire
ATTORNEY FOR DEBTOR

**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br><br>**ICE TREATS FOUR, INC.**<br>                                    *Debtor.* | **Chapter 11**<br><br>**Bankruptcy No.: 11-15319** |
|---|---|

**APPLICATION OF DEBTOR FOR EXTENSION OF TIME WITHIN WHICH TO FILE ITS SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Ice Treats Four, Inc. ("Debtor"), by and through its proposed undersigned counsel, Law Offices of Dimitri L. Karapelou, LLC, respectfully requests this Honorable Court to enter an Order granting the Application of the Debtor for an Extension of Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Application"), and in support thereof avers as follows:

**BACKGROUND**

1.      On July 6, 2011 (the "Filing Date"), the Debtor filed a voluntary petition for reorganization under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code"). Since the Filing Date, the Debtor has remained in possession of its assets and has continued the management of its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.      The Debtor owns and operates a water ice and frozen dessert business.

3.    The Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "Schedules") are due, pursuant to Federal Rule of Bankruptcy Procedure 1007, by July 20, 2011.

4.    The Debtor is in the process of compiling the information necessary to complete the Schedules. The Debtor requires additional time to accurately determine its assets and liabilities.

**THE BASIS FOR RELIEF AND THE REASONS THEREFOR**

5.    Federal Rule of Bankruptcy Procedure 1007(c) allows for the extension of time to file the Schedules for cause shown. See Fed. R. Bankr. P. 1007(c).

6.    The Debtor believes that cause exists to allow the further extension of time.

7.    The Debtor believes that the delay will not cause any prejudice to any creditor or other interested party by permitting the Debtor an extension of time until August 3, 2011 to prepare and file the Schedules.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court to enter an Order granting an extension of time from July 7, 2011 until August 3, 2011 for the Debtor to file its Schedules of Assets and Liabilities and Statement of Financial Affairs.

.                                              Respectfully submitted,

                                               LAW OFFICES OF DIMITRI L. KARAPELOU, LLC

Dated: July 6, 2011                BY: /s/ *Dimitri L. Karapelou*
                                               Dimitri L. Karapelou, Esquire