Law Offices of Dimitri L. Karapelou, LLC
1600 Market Street, 25th Floor
Philadelphia, PA 19103
(p): (215) 391-4312
(f): (215) 391-4350
dkarapelou@karapeloulaw.com
Dimitri L. Karapelou, Esquire
ATTORNEY FOR DEBTOR

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Chapter 11 |
|---|---|
| ICE TREATS FOUR, INC.  *Debtor.* | Bankruptcy No.: 11-15319 |

## CERTIFICATE OF SERVICE

I, Dimitri L. Karapelou, hereby certify that on this date, a true and correct copy of the *Application of the Debtor for an Extension of Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs* was served by being filed through the courts electronic filing system upon:

**George Conway**
**United States Trustee**
**833 Chestnut Street, Suite 500**
**Philadelphia, PA 19107**

LAW OFFICES OF DIMITRI L. KARAPELOU, LLC

BY:    /S/ Dimitri L. Karapelou
            Dimitri L. Karapelou, Esquire

Date: July 7, 2011